1  Fred W. Schwinn (SBN 225575)
2  Raeon R. Roulston  (SBN 255622)
   CONSUMER LAW CENTER, INC.
3  12 South First Street, Suite 1014
   San Jose, California  95113-2418
4  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
5  Email Address: fred.schwinn@sjconsumerlaw.com

6  Attorneys for Plaintiff
   APOLLO ESPEJO MORGIA
7

8              IN THE UNITED STATES DISTRICT COURT
9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
                       SAN JOSE DIVISION
10

11 APOLLO ESPEJO MORGIA,                Case No. 5:13-CV-05074-RMW-PSG

                        Plaintiffs,     **STIPULATION REGARDING
12                                      SETTLEMENT NEGOTIATIONS AND
       v.                               [] ORFER'THERON**
13
   NATIONWIDE LEGAL FILE & SERVE,
14 INC., a California corporation; MARCOS
   ANTONIO TEJADA, individually and in his
15 official capacity; and DOES 1 through 10,
   inclusive,
16
                        Defendants.
17

18     Whereas, Plaintiff, APOLLO ESPEJO MORGIA, filed the above-captioned matter against

19 Defendants, NATIONWIDE LEGAL FILE & SERVE, INC., and MARCOS ANTONIO TEJADA, on
20
   October 30, 2013; and
21
       Whereas, the parties wish to engage in frank and open settlement negotiations in this case
22
   without the concern that their settlement efforts will be used for any purpose in this or any other case.
23
24     Wherefore, it is hereby stipulated by and between the parties through their respective attorneys
25 of record that all communications (i.e., telephone calls, letters, e-mails, etc.) regarding settlement
26 negotiations in this case shall be privileged and confidential, and shall not be used for any purpose
27 whatsoever.  It is the intent of the parties that their settlement negotiations will be treated with the same
28

confidentiality as afforded mediations under Northern District of California ADR L.R. 6-12.

                CONSUMER LAW CENTER, INC.

Dated: August 25, 2014        By: /s/ Raeon R. Roulston
                 Raeon R. Roulston (SBN 255622)
                 raeon.roulston@sjconsumerlaw.com
                 CONSUMER LAW CENTER, INC.
                 12 South First Street, Suite 1014
                 San Jose, CA  95113-2418
                 Telephone Number: (408) 294-6100
                 Facsimile Number: (408) 294-6190

                 Attorney for Plaintiff
                 APOLLO ESPEJO MORGIA


                 LAW OFFICES OF ALLEN HYMAN


Dated: August 25, 2014        By: /s/ Allen Hyman
                 Allen Hyman (SBN 73371)
                 Law Offices of Allen Hyman
                 10737 Riverside Drive
                 North Hollywood, CA  91602
                 Telephone Number: (818) 763-6289
                 Facsimile Number: (818) 763-4676
                 Email Address:  lawoffah@aol.com

                 Attorney for Defendants
                 NATIONWIDE LEGAL FILE & SERVE, INC.,
                 and  MARCOS ANTONIO TEJADA

**ORDER**

Based upon the foregoing stipulation and good cause appearing,

IT HEREBY ORDERED, that all communications (i.e., telephone calls, letters, e-mails, etc.) regarding settlement negotiations in this case shall be privileged and confidential, and shall not be used for any purpose whatsoever. The settlement negotiations of the parties shall be treated with the same confidentiality as afforded mediations under Northern District of California ADR L.R. 6-12.

Dated: _____

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Judge