1  Fred W. Schwinn (SBN 225575)
   Raeon R. Roulston  (SBN 255622)
2  CONSUMER LAW CENTER, INC.
3  12 South First Street, Suite 1014
   San Jose, California  95113-2418
4  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
5  Email Address: fred.schwinn@sjconsumerlaw.com

6  Attorneys for Plaintiff
   APOLLO ESPEJO MORGIA

7

8              IN THE UNITED STATES DISTRICT COURT
9             FOR THE NORTHERN DISTRICT OF CALIFORNIA
                       SAN JOSE DIVISION
10

11 APOLLO ESPEJO MORGIA,                    Case No. 5:13-CV-05074-RMW-PSG

12                  Plaintiffs,             **STIPULATION AND JOINT REQUEST TO
                                            CONTINUE CASE MANAGEMENT
13         v.                               CONFERENCE AND [] ORFER**

14 NATIONWIDE LEGAL FILE & SERVE,
   INC., a California corporation; MARCOS
15 ANTONIO TEJADA, individually and in his
   official capacity; and DOES 1 through 10,
16 inclusive,

17                  Defendants.

18     The parties in the above-entitled action hereby submit this Stipulation and Joint Request to
19 Continue Case Management Conference regarding the Case Management Conference scheduled on
20 March 13, 2015, at 10:30 a.m.  In support of their request, the parties state as follows:
21
           1.       On January 12, 2015, the parties attended a Mediation conducted by the
22
   Honorable Suzanne Nusbaum (Ret.).  The parties agreed to a resolution of the matter, and executed a
23
   settlement agreement at the Mediation.
24
           2.       The parties anticipate that performance of all the terms of their settlement
25
   agreement will be completed by May 15, 2015.
26

27

28
                                          - 1 -
                 STIPULATION AND JOINT REQUEST TO CONTINUE
                         CASE MANAGEMENT CONFERENCE
                       Case No. 5:13-CV-05074-RMW-PSG

3. Accordingly, the parties jointly request that the Court continue the Case Management Conference currently set for March 13, 2015, at 10:30 a.m., to June 12, 2015, at 10:30 a.m. The parties also request that the deadline to file a Case Management Conference Statement be continued from March 6, 2015, to June 5, 2015.

IT IS SO STIPULATED.

CONSUMER LAW CENTER, INC.

Dated: March 2, 2015

By: /s/ Raeon R. Roulston
Raeon R. Roulston, Esq.
Attorney for Plaintiff
APOLLO ESPEJO MORGIA

KRONICK, MOSKOVITZ,
TIEDEMANN & GIRARD

Dated: March 2, 2015

By: /s/ June D. Coleman
June D. Coleman, Esq.
Attorney for Defendants
NATIONWIDE LEGAL FILE & SERVE, INC., and MARCOS ANTONIO TEJADA

**[ ORFER**

Having considered the parties' Stipulation and Joint Request to the Continue Case Management Conference to June 12, 2015, and good cause appearing, the parties' request is hereby GRANTED. The Case Management Conference in this case is hereby continued to June 12, 2015, at 10:30 a.m. The parties shall file a Joint Case Management Conference Statement on or before June 5, 2015.

IT IS SO ORDERED.

Dated: _____

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Judge