Fred W. Schwinn (SBN 225575)
Raeon R. Roulston  (SBN 255622)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiff
APOLLO ESPEJO MORGIA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| APOLLO ESPEJO MORGIA,<br><br>　　　　　　　Plaintiffs,<br>v.<br><br>NATIONWIDE LEGAL FILE & SERVE, INC., a California corporation; MARCOS ANTONIO TEJADA, individually and in his official capacity; and DOES 1 through 10, inclusive,<br><br>　　　　　　　Defendants. | Case No. 5:13-CV-05074-RMW-PSG<br><br>**STIPULATION OF DISMISSAL AND []　　　　　　　ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

　　　Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, APOLLO ESPEJO MORGIA, and Defendants, NATIONWIDE LEGAL FILE & SERVE, INC., and MARCOS ANTONIO TEJADA, stipulate, and the Court hereby orders, as follows:

　　　　　1.　The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, APOLLO ESPEJO MORGIA, against Defendants, NATIONWIDE LEGAL FILE & SERVE, INC., and MARCOS ANTONIO TEJADA, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

| | |
|---|---|
| 1 | CONSUMER LAW CENTER, INC. |
| 2 | |
| 3  Dated: June 3, 2015 | By: /s/ Raeon R. Roulston |
| 4 | Raeon R. Roulston, Esq. |
| | Attorney for Plaintiff |
| 5 | APOLLO ESPEJO MORGIA |
| 6 | |
| | KRONICK, MOSKOVITZ, |
| 7 | TIEDEMANN & GIRARD |
| 8 | |
| 9  Dated: June 3, 2015 | By: /s/ June D. Coleman |
| | June D. Coleman, Esq. |
| 10 | Attorney for Defendants |
| | NATIONWIDE LEGAL FILE & SERVE, |
| 11 | INC., and MARCOS ANTONIO TEJADA |

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated: ÎBFBÍ  _____

*Ronald M. Whyte* (signature)

The Honorable Ronald M. Whyte
United States District Court